## United States District Court
## Violation Notice

CVB Location Code

CA76

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| P 0621510 | D. CAMICCIA | 2425 |

P 0621510

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yy) | Offense Charged □ CFR  □ USC  □ State Code |
|---|---|
| 4/22/06   23:3 | 36 CFR 4.14 |

Place of Offense

EL PORTAL COMMUNITY CENTER

Offense Description

OPEN CONTAINER OF ALCOHOLIC
BEVERAGE IN AVEHICLE

### DEFENDANT INFORMATION    Phone: (209) 379 · 2788

| Last Name | First Name | M.I. |
|---|---|---|
| BARKER | MICHAEL | |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| EL PORTAL | CA | 95318 | |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| N7283721 | CA | |

| ☑ Adult  □ Juvenile | Sex ☑ Male  □ Female | Hair BRN | Eyes HZL | Height 5-09 | Weight 140 |
|---|---|---|---|---|---|

### VEHICLE DESCRIPTION    VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| ZMPW376 | CA | 89 | TOYOTA | RED |

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B □ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

| | $ | Forfeiture Amount |
|---|---|---|
| | + $25 | Processing Fee |
| **PAY THIS AMOUNT →** | $ | **Total Collateral Due** |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy          NPS 10-50 (Rev. 7-05)

---

P0621510

### STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

**I state that on April 22, 2006, while exercising my duties as a law enforcement officer in the Eastern District of California, in Yosemite National Park**

Following an arrest of Michael BARKER for DUI I observed a bottle of alcohol directly behind the driver's seat of his car.  The bottle was Olde English Malt Liquor and was approximately 1/3 full.

Barker was charged with 36 CFR 4.14 – Open container of an alcoholic beverage in a motor vehicle.

The foregoing statement is based upon:

_X_ my personal observation          ___ my personal investigation

___ information supplied me by my fellow officer's observation

___ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  4/22/06 _____
         Date          Officer's signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
         Date          U.S. Magistrate Judge

**United States District Court**
**Violation Notice**

CVB Location Code
CA 76

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| P 0621509 | D CAMICCIA | 2425 |

P 0621509

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 4/22/06    2313 | 36 CFR 4.23 (a) (2) |

Place of Offense

EL PORTAL COMMUNITY CENTER

Offense Description

DUI 2.08

**DEFENDANT INFORMATION**  Phone: (209) 379-2788

| Last Name | First Name | M.I. |
|---|---|---|
| BARKER | MICHAEL | |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| EL PORTAL | CA | 95318 | |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| N7283721 | CA | |

| ☑ Adult ☐ Juvenile | Sex ☑ Male ☐ Female | Hair BRN | Eyes HZL | Height 5-09 | Weight 140 |
|---|---|---|---|---|---|

**VEHICLE DESCRIPTION**  VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 2MPW316 | CA | 89 | TOYOTA | RED |

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount

+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ **Total Collateral Due**

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy         NPS 10-50 (Rev. 7-05)

---

P0621509

**STATEMENT OF PROBABLE CAUSE**
(for issuance of an arrest warrant or summons)

I state that on April 22, 2006, while exercising my duties as a law enforcement officer in the Eastern District of California, in Yosemite National Park

I arrested Michael BARKER for a DUI at the community center in El Portal. Following the arrest I requested BARKER provide a breath sample at the Yosemite Valley Jail. At 0004 hours BARKER blew into the Alcotest 7410 Plus (serial number #ARRF-0349) which registered 0.20%.

Barker was charged with 36 CFR 4.23(a)(2) – DUI over 0.08%

The foregoing statement is based upon:

_X_ my personal observation ____ my personal investigation

____ information supplied me by my fellow officer's observation

____ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 4/22/06 _____
        Date                    Officer's signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
        Date                    U.S. Magistrate Judge

United States District Court
Violation Notice

CVB Location Code
LA 76

United States District Court
Violation Notice

CVB Location Code
LA 76

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| P 0621508 | D. CAMICCIA | 2425 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑ CFR ☐ USC ☐ State Code |
|---|---|
| 4/22/06   23:13 | 36 CFR 4.23 (a)(1) |

Place of Offense
EL PORTAL COMMUNITY CENTER

Offense Description
OPERATING A MOTOR VEHICLE WHILE
UNDER THE INFLUENCE OF ALCOHOL

### DEFENDANT INFORMATION    Phone: ( 209 ) 379 - 2788

| Last Name | First Name | M.I. |
|---|---|---|
| BARKER | MICHAEL | |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| EL PORTAL | CA | 95318 | · · · |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| N7283721 | CA | |

| ☑ Adult ☐ Juvenile | Sex ☑ Male ☐ Female | Hair BRN | Eyes HZL | Height 5-09 | Weight 140 |
|---|---|---|---|---|---|

### VEHICLE DESCRIPTION    VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 2MPW376 | CA | 89 | TOYOTA | RED |

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.
I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

Defendant Signature

Original - CVB Copy          NPS 10-50 (Rev. 7-05)

---

P0621508

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on April 22, 2006, while exercising my duties as a law enforcement officer in the Eastern District of California, in Yosemite National Park

At approximately 2250 hours, Ranger Faherty and I were walking through the parking lot across from the El Portal Community Center when I observed a red Toyota sedan backing out of its parking spot. As I walked past the vehicle I could see the back of the car was full of stuff and I heard a voice say something to the effect of we can fit two more people in the front seat. I began walking towards the vehicle to see how many people were in it and I heard the engine turn off. The vehicle was stopped half way out of the parking spot and partially blocking the car on its left side. When I got to the car a white male was standing at the open driver's door. Ranger Faherty advised me he observed the individual, now standing at the car door, operating the vehicle.

I contacted the driver, later identified as Michael BARKER, and immediately smelled a strong odor of an alcoholic beverage on his breath. I could see that BARKER eyes were red and glassy and that his face was flushed red. I asked BARKER where he was driving to and he said he was only driving to his home, which was a block up the road. He further said that it was only a short distance and that he would not hurt anybody. Barker said he had consumed a few beers between 1900 and 2200 hours. As BARKER talked to me he acted nervous and stated several times that he would just leave his car here and walk home. BARKER walked very deliberately and appeared to have problems with his balance.

I administered three field sobriety tests to BARKER and observed signs of impairment on all tests. Barker provided a breath sample into PBT 006311 which registered 0.230%.

I placed barker under arrest for operating a motor vehicle under the influence of alcohol.

The foregoing statement is based upon:

_X_ my personal observation          ____ my personal investigation

____ information supplied me by my fellow officer's observation

____ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 4/22/06 _____
              Date          Officer's signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
              Date          U.S. Magistrate Judge